TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AUSTIN L. FENWICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: austin.fenwick@usdoj.gov
Attorneys for Plaintiff

FILED
2025 JUL -2 PM 1:24
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-03075 TUC-JGZ(EJM)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Hector Contreras-Lara,
(Counts 1-3)

Defendant.

**INDICTMENT**

VIOLATIONS:
**8 U.S.C. § 1324(a)(1)(A)(v)(I)**
**8 U.S.C. § 1324(a)(1)(A)(ii)**
**8 U.S.C. § 1324(a)(1)(B)(i)**
(Conspiracy to Transport Illegal Aliens for Profit)
**Count 1**

**8 U.S.C. § 1324(a)(1)(A)(ii)**
**8 U.S.C. § 1324(a)(1)(B)(i)**
(Transportation of Illegal Aliens for Profit)
**Counts 2**

**8 U.S.C. § 1324(a)(2)(B)(ii)**
(Bringing In Illegal Aliens for Profit)
**Counts 3**

**THE GRAND JURY CHARGES:**

**COUNT 1**

From a date unknown to on or about June 3, 2025, in the District of Arizona, Hector Contreras-Lara, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage

or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 2**

On or about June 3, 2025, in the District of Arizona, Hector Contreras-Lara, knowing and in reckless disregard of the fact that an alien, Casilda Colohua-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 3**

On or about June 3, 2025, in the District of Arizona, Hector Contreras-Lara, knowing and in reckless disregard of the fact that a certain alien, Casilda Colohua-Hernandez, had not received prior official authorization to come to, enter, and reside in the United States, did knowingly bring to the United States in any manner whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: July 2, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
AUSTIN L. FENWICK
Assistant U.S. Attorney